UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ricardo Gil-Cabrera,

                         Plaintiff,

-against-

Department of Corrections et al.,

                         Defendants.

1:20-cv-09493 (LTS) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

      The Court is in receipt of the enclosed letter from Plaintiff, which was appears to have been mailed on January 14, 2021 and was received by Chambers yesterday. As soon as Defendants appear in this action (an Order of Service was issued on January 20, 2021), the Court will address Plaintiff's letter.

      The Court notes that on Monday, February 1, 2021 at 10:00 a.m., the Court is holding a telephone conference in another case against the same defendants, *Lee v. Department of Corrections et al.*, 20-CV-08407 (GBD), in which the plaintiff (housed in the same dorm at the Vernon C. Baine Center) sent a letter on the same day as Plaintiff raising similar issues. (*See* 20-cv-08407 ECF No. 28.) During that conference, the Court may address some or all of the issues raised by Plaintiff in this action. The Court will schedule a telephone conference in this action to address any remaining issues once Defendants have appeared.

The Clerk of Court is directed to mail a copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

DATED:     New York, New York
           January 22, 2021

_____
STEWART D. AARON
United States Magistrate Judge

To my May Judge, and Hon. Judge.

I am writing in Regard(s) to REQUEST that this Court GRAND the RELIEF(s) I sought in my USC §1983 COMPLAINT, for the reasons that Defendant(s) Cynthia Brann, Patsy Yang, and Margaret Egan Failure to Disregard and Ignore my 14th Amendment to Equal Protection of Life & Liberty as others get outside of Jail of 6ft. Social Distancing, 50% Inside gathering capacity mandates I/we are not being afforded the same Life saving safety guards as people outside of Jail. And as a direct result to disgard these safety guards mentioned above A person (Gill Graves) came up positive Yesterday for COVID-19 virus (i.e. January 27th, 2021). Now I'm TRAPPED Inside an OPEN Dormatory V.C.B.C. #2BA with still zero 6ft social distancing, and still zero 50% Inside gathering capacity. Moreso There is zero sterlization or sanitation equitment NOTHING to sterilize the area. Which is Everywhere in A DORM. Mrs. GRAVES was at Knowing what is known about the COVID-19 virus that it can live on surfaces for days and even up to weeks. I/we need Immeidate RELIEF(s) that are Requested in my USC §1983 COMPLAINT. So I Can have the Equal Protections to Life & Liberty. As this Continious obvious Evil Intent to Deprive me of Life & Liberty which the 14th Amendment & 8th Amendment of the U.S. Constitution guarntees. So this REQUEST is is good cause due to Defendants CONTINOUS disgards and failures to protect my life & Liberty.

Thank You.

Ricardo Gil Cabrera
14/2000522

HCBC
1 Halleck St.
Bronx NY
10474

# Ricardo Gilcalvez
1413000523

USMS
SDNY

NEW YORK NY 100
14 JAN 2021 PM 13 L

ATTN: Honorable Magistrate
Aaron Stewart
U.S. District Court
Southern District of New York
   COURTROOM
   500 Pearl Street
   New York, N.Y. 10007

10007-13093