UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ricardo Gil-Cabrera,

                     Plaintiffs,

-against-

Department of Corrections, et al.,

                     Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/18/2021

1:20-cv-09493 (LTS) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference with the parties, it is hereby Ordered as follows:

1. On consent of Defendants' counsel, the Court deems the Second Amended Complaint amended to substitute the City of New York as a Defendant in place of the Department of Corrections.

2. No later than Thursday, February 25, 2021, Defendants shall provide Plaintiff with a rough translation (a certified interpreter is not required) of the February 8, 2021 Letter (without exhibits[1]) filed in *Lee v. Dept. of Corrections et al.* (*see* 20-cv-08407 ECF No. 38), as well as a rough translation of this Order. The City shall serve these documents on Plaintiff via express mail or its equivalent.

3. If Plaintiff seeks, from this Court, injunctive relief in the form of compassionate release or otherwise, he shall file papers in support of that motion no later than March 25, 2021. Such papers shall include a sworn declaration regarding Plaintiff's medical condition and the conditions in the Vernon C. Bain Center.

---

[1] If, however, Spanish language versions of such exhibits are reasonably available they should be provided.

The deadlines set forth herein may be extended for good cause shown.

The Clerk of Court is respectfully requested to update the docket to reflect the substitution of Defendant Department of Corrections with the City of New York, as set forth in paragraph 1 above. The Clerk of Court is further requested to mail a copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

DATED:     New York, New York
           February 18, 2021

_____
STEWART D. AARON
United States Magistrate Judge