UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

Ricardo Gil-Cabrera,

                Plaintiff(s),

   -v-

Patsy Yang et al.,

                Defendant(s).
-------------------------------------------------------------------X

**AMENDED ORDER OF REFERENCE**
**TO A MAGISTRATE JUDGE**

20 Civ. 9493 (LTS)(SDA)

LAURA TAYLOR SWAIN, District Judge

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| **_X_** | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute:* _____ _____ | ___ | Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose:_____ |
| ___ | If referral is for discovery disputes for a specific period when the District Judge is unavailable, the time period of the referral:_____ | ___ | Habeas Corpus |
| | | ___ | Social Security |
| ___ | Referral for discovery disputes requiring prompt attention at any time when the District Judge is not immediately available (e.g., on trial or out of town) | **_X_** | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| ___ | Settlement* (Principals to participate as required by Magistrate Judge) | | Particular Motion: Docket entry no. 25 _____ |
| ___ | Inquest After Default/Damages Hearing | | All such motions: ____ |

* Do not check if already referred for general pretrial.

**SO ORDERED**.

DATED:    New York, New York
             April 27, 2021

                                 /s/ Laura Taylor Swain
                                LAURA TAYLOR SWAIN
                                Chief United States District Judge