```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/27/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ricardo Gil-Cabrera,

                Plaintiffs,

-against-

Department of Corrections, et al.,

                Defendants.

1:20-cv-09493 (LTS) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

It is hereby Ordered as follows:

1. Plaintiff shall file any opposition to Defendants' partial motion to dismiss (ECF No. 25) no later than June 11, 2021.

2. Defendants shall file their reply, if any, no later than June 25, 2021.

The Clerk of Court is respectfully requested to mail a copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

DATED:    New York, New York
              April 27, 2021

_____
STEWART D. AARON
United States Magistrate Judge