UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ricardo Gil-Cabrera,

                Plaintiff,

-against-

Department of Corrections et al.,

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/28/2021
```

1:20-cv-09493 (LTS) (SDA)

ORDER FOR
TELEPHONE CONFERENCE

**STEWART D. AARON, United States Magistrate Judge:**

    IT IS HEREBY ORDERED that the Warden or other official in charge of the Vernon C. Bain Center ("VCBC") produce plaintiff Ricardo Gil-Cabrera, NYSID No. 12273043Z, on Wednesday, May 12, 2021 at 10:00 a.m., to a suitable location within the VCBC that is equipped with a telephone, for the purpose of participating in a conference with the Court and Defendants' counsel. If the scheduled time and date presents a hardship, the Warden or the Warden's designee should promptly inform Chambers by calling Courtroom Deputy Katherine Lopez at (212) 805-0274.

    Defendants' counsel must: (1) send this Order to the Warden immediately; (2) contact VCBC to arrange the call and determine the telephone number at which Plaintiff will be reachable at the above time and date; and (3) at the scheduled time, call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745 with Plaintiff on the line.

The Clerk of Court is respectfully requested to mail a copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

DATED:    New York, New York
          April 28, 2021

_____
STEWART D. AARON
United States Magistrate Judge