UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
Ricardo Gil-Cabrera,
                          Plaintiffs,
        -against-
Department of Corrections, et al.,
                          Defendants.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/12/2021

1:20-cv-09493 (LTS) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference with the parties, it is hereby Ordered as follows:

1. Plaintiff is reminded that he shall file any opposition to Defendants' partial motion to dismiss (ECF No. 25) no later than June 11, 2021.

2. No later than May 19, 2021, Defendants shall provide to Plaintiff the written discovery produced to date in the similar case of *Lee v. Dept. of Corrections et al.*, No. 20-cv-08407. In addition, Defendants shall produce the discovery contemplated in the Letter filed at ECF No. 75 in *Lee*, within five days of production to the Plaintiff in that case.

3. The Warden or other official in charge of the Vernon C. Bain Center ("VCBC") shall produce plaintiff Ricardo Gil-Cabrera, NYSID No. 12273043Z, on Thursday, July 8, 2021 at 10:00 a.m., to a suitable location within the VCBC that is equipped with a telephone, for the purpose of participating in a conference with the Court and Defendants' counsel. If the scheduled time and date presents a hardship, the Warden or the Warden's designee should promptly inform Chambers by calling Courtroom Deputy Katherine Lopez at (212) 805-0274. Defendants' counsel must: (1) send this Order to the Warden immediately; (2) contact VCBC to arrange the call and determine the

telephone number at which Plaintiff will be reachable at the above time and date; and

(3) at the scheduled time, call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745 with Plaintiff on the line.

The Clerk of Court is respectfully requested to mail a copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

DATED:  New York, New York
 May 12, 2021

_____
STEWART D. AARON
United States Magistrate Judge