USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/8/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ricardo Gil-Cabrera,

                        Plaintiffs,

-against-

Department of Corrections, et al.,

                        Defendants.

1:20-cv-09493 (LTS) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference with the parties, it is hereby Ordered as follows:

1. After reviewing the written discovery provided by Defendants from the similar case of *Lee v. Dept. of Corrections et al.*, No. 20-cv-08407, which Defendants indicated was mailed to Plaintiff on or about July 5, 2021, Plaintiff shall notify Defendants no later than August 19, 2021 if he seeks additional written discovery.

2. Defendants are granted leave to take the deposition of Plaintiff pursuant to Rule 30(a) of the Federal Rules of Civil Procedure. The deadline for the completion of Plaintiff's deposition is Tuesday, September 7, 2021. If further authorization is required, Defendants shall submit a proposed form of Order for the Court's approval.

3. The Warden or other official in charge of the Vernon C. Bain Center ("VCBC") shall produce plaintiff Ricardo Gil-Cabrera, NYSID No. 12273043Z, on Wednesday, September 15, 2021 at 10:00 a.m., to a suitable location within the VCBC that is equipped with a telephone, for the purpose of participating in a conference with the Court and Defendants' counsel. If the scheduled time and date presents a hardship, the Warden or the Warden's designee should promptly inform Chambers by calling

Courtroom Deputy Katherine Lopez at (212) 805-0274. Defendants' counsel must: (1) send this Order to the Warden immediately; (2) contact VCBC to arrange the call and determine the telephone number at which Plaintiff will be reachable at the above time and date; and (3) at the scheduled time, call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745 with Plaintiff on the line.

The Clerk of Court is respectfully requested to mail a copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

DATED: New York, New York
July 8, 2021

_____
STEWART D. AARON
United States Magistrate Judge