```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

Ricardo Gil-Cabrera,

                      Plaintiffs,

    -against-

Department of Corrections, et al.,

                      Defendants.

1:20-cv-09493 (LTS) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

WHEREAS, on July 8, 2021, the Court issued an Order scheduling a telephone conference for today, September 15, 2021 (*see* 7/8/2021 Order, ECF No. 32); and

WHEREAS, due to an oversight, Defendants' counsel did not make the necessary arrangements for Plaintiff to participate in today's conference; and

WHEREAS, Plaintiff did not appear for today's conference; and

WHEREAS, the parties have not completed the discovery set forth in the Court's July 8, 2021 Order.

NOW, THEREFORE, it is hereby ORDERED as follows:

1. The deadline for the completion of all discovery is extended until November 15, 2021. This extension applies to any discovery either side wishes to take, including an extension of time for Plaintiff to seek additional written discovery and/or for Defendants to take Plaintiff's deposition.

2. No later than November 22, 2021, Defendants shall confer with Plaintiff and file a joint letter indicating whether either side intends to file a dispositive motion and/or whether the parties would like the Court to schedule a settlement conference.

The Clerk of Court is respectfully requested to mail a copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

DATED:    New York, New York
          September 15, 2021

_____
STEWART D. AARON
United States Magistrate Judge