USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/10/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

RICARDO GIL-CABRERA,

                             Plaintiff,

      -against-

CITY OF NEW YORK, CYNTHIA BRANN, PATSY YANG, MARGARET EGAN,

                             Defendants.

------------------------------------------------------------------x

**ORDER TO APPEAR**

20-CV-09493 (LTS)(SDA)

      Upon the application of Defendant City of New York for leave to take the deposition of plaintiff Ricardo Gil-Cabrera, an inmate at Ulster Correctional Facility, and the Court having granted leave for the taking of plaintiff Gil-Cabrera's deposition pursuant to Rule 30(a)(2)(b) of the Federal Rules of Civil Procedure,

      **IT IS HEREBY ORDERED** that inmate Ricardo Gil-Cabrera, DIN Number 21R0667, appear for a videoconference in such place as designated by the Superintendent or other official in charge of Ulster Correctional Facility, commencing at 10:00 a.m. until completion on November 30, 2021, and any such other dates as may be necessary, so that his deposition may be taken by videoconference.

Dated:   November 10, 2021
           New York, New York

                                         SO ORDERED

                                         _____
                                         STEWART D. AARON, U.S.M.J.