UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

RICARDO GIL-CABRERA,

        Plaintiff,

  -v-                                          No. 20-CV-9493-LTS-SDA

CITY OF NEW YORK, et al.,                   ORDER

        Defendants.

--------------------------------------------------------x

        On September 27, 2021, Magistrate Judge Stewart D. Aaron issued a Report and Recommendation (docket entry no. 34 (the "Report")) recommending that the Court (1) grant Defendants' partial motion to dismiss and (2) grant pro se Plaintiff leave to amend. A copy of the Report was mailed to Plaintiff at the address listed on the docket sheet. Plaintiff's deadline to file any objections to the Report was October 12, 2021.

        On November 10, 2021, Defendants filed a letter reporting that at some point in late September or early October, Plaintiff was discharged from New York City custody and transferred to New York State custody. (Docket entry no. 35.) It is therefore unclear whether Plaintiff received the Report or is aware of his now-passed deadline to file objections to it.

        In light of Plaintiff's pro se status, the Court sua sponte extends his deadline to file objections to the Report to **December 3, 2021**. Chambers will mail a copy of this Order, and the Report, to Plaintiff, at the address provided by Defendants.

        SO ORDERED.

Dated: New York, New York
       November 12, 2021

                                                    /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                                    Chief United States District Judge

**Copy mailed to**:

Ricardo Gil-Cabrera
DIN: 21R0667
NYSDOC Ulster Correctional Facility
750 Berme Road
Napanoch, New York 12458