UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

RICARDO GIL-CABRERA,

       Plaintiff,

  -v-                                                    No.  20-CV-9493-LTS-SDA

CITY OF NEW YORK,

       Defendant.

--------------------------------------------------------x

### ORDER

On March 30, 2022, Defendant filed and served on pro se Plaintiff a motion for summary judgment.  (Docket entry no. 48.)  Plaintiff's deadline to oppose that motion was April 29, 2022.  (Docket entry no. 47.)  Plaintiff has not filed any opposition.

In light of Plaintiff's pro se status and his recent change of address,[1] the Court sua sponte extends Plaintiff's deadline to file an opposition to Defendant's motion for summary judgment to **July 15, 2022**.  In formulating his opposition, Plaintiff is advised to carefully review Defendant's "Notice to Pro Se Litigant Who Opposes a Motion for Summary Judgment" (docket entry no. 49), which contains important information concerning how to oppose a motion for

---

[1] Defendant initially served Plaintiff at his last known address at the Ulster Correctional Facility in Napanoch, New York.  (Docket entry nos. 45, 55.)  On April 5, 2022, Defendant reported that its initial mailing had been returned "for refused delivery," and that Plaintiff had apparently been transferred from the Ulster Correctional Facility to the Bare Hill Correctional Facility in Malone, New York.  (Docket entry no. 57.)  Defendant promptly re-served its summary judgment papers on Plaintiff at that facility.  (Id.)

Plaintiff is reminded that he must promptly inform the Court of any future change to his mailing address, and that failure to do so may result in dismissal of this action for failure to prosecute.

summary judgment.  If Plaintiff fails to file any opposition to Defendant's motion for summary judgment by July 15, 2022, the Court will treat that motion as unopposed.

The Clerk of Court is respectfully directed to update Plaintiff's address on the docket sheet of this action to:

> Ricardo Gil-Cabrera
> DIN: 21R0667
> Bare Hill Correctional Facility
> 181 Brand Rd
> Caller Box #20
> Malone, NY 12953-0020

Chambers will mail a copy of this Order to the Plaintiff.

SO ORDERED.

Dated: New York, New York
       June 14, 2022

   /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge

**Copy to be mailed to**:
Ricardo Gil-Cabrera
DIN: 21R0667
Bare Hill Correctional Facility
181 Brand Rd
Caller Box #20
Malone, NY 12953-0020