**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
RICARDO GIL-CABRERA,

                Plaintiff,

  -against-                                    20 **CIVIL** 9493 (LTS)(SDA)

                                                          **JUDGMENT**

CITY OF NEW YORK,

                Defendant.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Order dated March 22, 2023, Defendant's motion for summary judgment is granted in its entirety. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962). Judgment is entered dismissing the case; accordingly, the case is closed.

**Dated:** New York, New York

      March 22, 2023

                                                          **RUBY J. KRAJICK**

                                                           _____
                                                              **Clerk of Court**

                             **BY:**              K. Mango

                                                              _____
                                                              **Deputy Clerk**